# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| ARNOLD VASQUEZ<br><br>PLAINTIFF(S)<br><br>v.<br><br>MCLANE FOODSERVICE, INC.<br><br>DEFENDANT(S). | 2:21–cv–09949 |
| | **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____        ____        ____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

You have attempted to open this case electronically but have failed to upload successfully the required PDF version of any initiating document, such as a complaint or notice of removal. You must file an initiating document within two business days of this notice or the docket for this case number will be closed.

*Other Error(s):*

Clerk, U.S. District Court

Dated: December 28, 2021        By: /s/ *Luz Hernandez, luz_hernandez@cacd.uscourts.gov*
        Deputy Clerk